■ In the Matter of STEPHEN P. HESSION, Appellant, v BOARD OF TRUSTEES OF NEW YORK CITY FIRE DEPARTMENT, ARTICLE 1-B PENSION FUND, et al., Respondents. [805 NYS2d 627]—In a proceeding pursuant to CPLR article 78 to review a determination of the respondents dated May 23, 2002, that the petitioner was not permanently disabled for retirement purposes, the petitioner appeals from a judgment of the Supreme Court, Kings County (Knipel, J.), entered March 5, 2003, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

A determination of the Medical Board of the New York City Fire Department, Article 1-B Pension Fund (hereinafter the Medical Board) finding no disability "is conclusive if it is supported by some credible evidence and is not irrational" (*Matter of Rodriguez v Board of Trustees of N.Y. City Fire Dept., Art. 1-B Pension Fund*, 3 AD3d 501 [2004]; *see Matter of Borenstein v New York City Employees' Retirement Sys.*, 88 NY2d 756, 760 [1996]; *Matter of Kuczinski v Board of Trustees of N.Y. City Fire Dept., Art. 1-B Pension Fund*, 8 AD3d 283 [2004]). Credible evidence is "evidence that proceeds from a credible source and reasonably tends to support the proposition for which it is offered" (*Matter of Meyer v Board of Trustees of N.Y. City Fire Dept., Art. 1-B Pension Fund*, 90 NY2d 139, 147 [1997]). In this case, the determination of the Medical Board is supported by credible evidence and is not irrational. Goldstein, J.P., Skelos, Fisher and Lunn, JJ., concur.